SEPTEMBER 9, 1997

No. 97–5798 (A–178). IN RE DAVIS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

SEPTEMBER 12, 1997

No. D–1805. IN RE DISBARMENT OF SCHLOTTMAN. Disbarment entered. [For earlier order herein, see 520 U. S. 1208.]

No. D–1807. IN RE DISBARMENT OF CALVERT. Disbarment entered. [For earlier order herein, see 520 U. S. 1262.]

No. D–1810. IN RE DISBARMENT OF LASH. Disbarment entered. [For earlier order herein, see 520 U. S. 1262.]

No. D–1811. IN RE DISBARMENT OF WATKINS. Disbarment entered. [For earlier order herein, see 520 U. S. 1272.]

No. D–1812. IN RE DISBARMENT OF KAPLAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1101.]

No. D–1816. IN RE DISBARMENT OF HORNE. Disbarment entered. [For earlier order herein, see *ante*, p. 1102.]

No. D–1817. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see *ante*, p. 1115.]

No. D–1818. IN RE DISBARMENT OF SOSNAY. Disbarment entered. [For earlier order herein, see *ante*, p. 1115.]